Ryan Lee, Esq.  (SBN: 235879)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 405
Los Angeles, CA  90025
Phone: (323) 988-2400 x241
Fax: (866) 861-1390
Email: rlee@consumerlawcenter.com

Aaron D. Radbil, Esq.  (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
106 East Sixth Street, Suite 913
Austin, TX  78701
Phone: (512) 322-3912
Fax: (561) 961-5684
Email: aradbil@gdrlawfirm.com

*Attorneys for Plaintiffs*

Matthew J. Kumar, Esq.  (SBN: 283521)
LAW OFFICE OF RORY W. CLARK,
A PROFESSIONAL LAW CORPORATION
30699 Russell Ranch Road, Suite 215
Westlake Village, California 91362
Tel. (888) 700-4774   Fax. (775) 243-0916
Email: matthew@rwclarklaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHUCHARDT and MICHELLE MUGGLI, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION,<br><br>Defendant. | Case No.: 3:15-cv-01329-JSC<br><br>**STIPULATION TO STAY MANDATORY EARLY NEUTRAL EVALUATION** |

The parties to the above-entitled action hereby stipulate as follows, subject to the Court's approval:

-2-

1. On June 11, 2015, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, the parties stipulated to Early Neutral Evaluation ("ENE") as the most suitable Alternative Dispute Resolution ("ADR") process for this matter. *See* Doc. 19.

2. On June 12, 2015, the Court entered its order approving the parties' stipulation, *see* Doc. 20 (the "Order"), and on July 24, 2015, the Court issued notice that Peter Califano, Esq. has been assigned to this case as Evaluator. *See* Doc. 27.

3. On July 30, 2015, counsel for the parties held their initial telephonic conference with Mr. Califano to discuss preparation for, and scheduling of, the parties' ENE session, which is to be held on or before September 10, 2015 pursuant to the Court's June 12, 2015 Order.

4. During the parties' discussions with Mr. Califano, it was agreed that, in light of Defendant's impending motion for summary judgment, which is to be filed on or before August 20, 2015, *see* Doc. 25, the mandatory ENE session would be duplicative of Defendant's motion, and therefore unproductive at this time.

5. Accordingly, the parties agree—with Mr. Califano's support—that the mandatory ENE process and schedule currently in place should be stayed pending resolution of Defendant's motion for summary judgment. Motion briefing will be concluded by September 10, 2015, and a hearing on Defendant's motion is currently set for September 17, 2015. The parties further agree that, following the Court's ruling on Defendant's summary judgment motion, they should reconvene at a Joint Case Management Conference before the Court to assess which ADR process and schedule best suits this case moving forward.

6. The parties have not previously requested any changes to the ADR schedule, and the instant stipulation, if approved, would not otherwise affect the schedule of these proceedings. Indeed, pending resolution of Defendant's impending motion for summary judgment, discovery is currently stayed until further order of the Court. *See* Doc. 26.

Date:   August 13, 2015             Respectfully submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Tel: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

/s/ Matthew Kumar
Matthew Kumar
Law Office of Rory W. Clark,
A Professional Law Corporation
30699 Russell Ranch Road, Suite 215
Westlake Village, CA 91362
Tel: (818) 707-2733
Fax: (775) 243-0916
matthew@rwclarklaw.com

### E-FILER'S ATTESTATION

I obtained the concurrence of Mr. Kumar to file the foregoing.

/s/ Aaron D. Radbil
Aaron D. Radbil

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was file electronically on August 13, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil

Dated: August 13, 2015

[GRANTED — Judge Jacqueline Scott Corley, United States District Court, Northern District of California]

-3-