UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHUCHARDT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAW OFFICE OF RORY W. CLARK, <br><br> Defendant. | Case No. 15-cv-01329-JSC <br><br> **ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiffs' motion to continue the deadline for filing a motion for preliminary approval of class action settlement (Dkt. No. 40) is GRANTED. The deadline is continued to November 20, 2015.

In addition, the parties are ordered to appear for a case management conference at 10:00 a.m. on November 12, 2015. **Counsel for all parties must appear in person**. Counsel should be prepared to stay at the courthouse until they have agreed to a written agreement memorializing the settlement they communicated to the Court. The Court will vacate the case management conference only if the parties represent in writing that the settlement agreement has been signed and that no further extensions of the deadline to file for preliminary approval will be requested.

**IT IS SO ORDERED.**

Dated: November 9, 2015

JACQUELINE SCOTT CORLEY <br>
United States Magistrate Judge